NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAMSEY RANDALL,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-2160

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00638-MBH, Senior Judge Marian Blank Horn.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

In response to the court's February 12, 2026 order directing the parties to show cause, the United States urges dismissal of this appeal as untimely.  Ramsey Randall has not responded.  We now dismiss.

On June 3, 2025, the United States Court of Federal Claims  entered  judgment  dismissing  Mr.  Randall's

complaint for failure to pay the filing fee or to submit a completed application to proceed *in forma pauperis*. On June 23, 2025, the Court of Federal Claims received from Mr. Randall a "Motion and Request for Reconsideration to Proceed In Forma Pauperis," including "an incomplete copy of an application to proceed *in forma pauperis* from a United States District Court form." *See* Dkt. No. 13 at 1. On July 2, 2025, the trial court issued an order rejecting that filing. Mr. Randall then filed a notice of appeal dated September 11, 2025, but indicating it was put in the prison mailbox the day earlier. That notice was received by the trial court on September 25, 2025.

To be timely, a notice of appeal must typically be received by the Court of Federal Claims within 60 days of the entry of that court's resolution of the last timely-filed post-judgment motion. 28 U.S.C. §§ 2107(b), 2522; Fed. R. App. P. 4(a)(4)(A); Fed. Cir. R. 1(a)(1)(C). This statutory deadline is mandatory and jurisdictional, such that we may not excuse a late notice. *Marandola v. United States*, 518 F.3d 913, 914 (Fed. Cir. 2008); *see also Henderson v. Shinseki*, 562 U.S. 428, 438–39 (2011); *cf.* Fed. R. App. P. 26(b)(1). Because the notice of appeal was not received within that time, we lack jurisdiction and must dismiss.[1]

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed, and all pending motions are denied.

---

[1]    Although it appears Mr. Randall was incarcerated at the time he filed his notice, he has not submitted any declaration or evidence establishing that he deposited his notice of appeal in the institution's mail system with first-class postage prepaid on or before the last day for filing. Fed. R. App. P. 4(c); Fed. Cir. R. 1(a)(1)(C).

RANDALL v. US                                                      3

    (2)  Each side shall bear its own costs.

FOR THE COURT



April 22, 2026

Date

Jarrett B. Perlow
Clerk of Court